IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICKI BENITES,

       Plaintiff,

vs.                                                   08 cv 766 WJ/LFG

QWEST CORPORATION and
DIRECTV, INC.,

       Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff dismisses this action with prejudice pursuant to Rule 41(a)(1)(i).

Defendants have filed no answer, motion or appearance. The parties have settled this matter.

Respectfully submitted,

*/s/ signature*

Richard N. Feferman
Feferman & Warren, Attorneys for Plaintiff
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773
(505) 243-6663 (fax)